Carmena v. Peroux and others.

---

JOSEPH CARMENA *v.* PIERRE OSCAR PEROUX and others

The plea of the general issue in an action against the acceptors of a bill of exchange, admits their signature, which is all that the plaintiffs was bound to prove.

APPEAL from the Commercial Court of New Orleans, *Watts,* J.

This case was submitted without argument, by *Wray* for the plaintiff. No counsel appeared for the appellants.

MARTIN, J. The defendants are appellants from a judgment against them as acceptors of a bill of exchange, on their plea of the general issue. This plea admits their signature as acceptors, and consequently their obligation to pay the bill. This is all which the plaintiff was bound to prove.

*Judgment affirmed.*